<div style="text-align:right; font-style:italic;">
May Term,<br>
1856.<br>
COFFIN<br>
v.<br>
THE EVANS-<br>
VILLE AND<br>
CRAWFORDS-<br>
VILLE RAIL-<br>
ROAD Co.
</div>

---

## COFFIN v. THE EVANSVILLE AND CRAWFORDSVILLE RAIL-ROAD COMPANY.

If after answer filed the defendant withdraws his appearance, it would seem that the answer is thereby withdrawn, and that judgment may be rendered by default. At all events judgment *nil dicit* might be rendered.

After answer filed, the defendant withdrew his appearance; whereupon the Court proceeded to try the cause, upon the evidence, and found for the plaintiff. No exception was taken. *Held*, on appeal, that there was no question before the Supreme Court.

APPEAL from the *Parke* Circuit Court.

PERKINS, J.—The declaration in this, is precisely like that in *Fisher* v. *The Evansville and Crawfordsville Railroad Company*, the preceding case. The defendant appeared by counsel, and filed an answer like that in the case of *Fisher*, *supra*. He subsequently came into Court

<div style="text-align:right; font-style:italic;">
Tuesday,<br>
May 27.
</div>

and withdrew his appearance. Afterwards the case was called, default of appearance entered, and interlocutory and final judgment rendered for the plaintiff. No bill of exceptions was taken. Appeal to this Court.

It would seem that on the withdrawal of appearance by the defendant, the case stood as though he never had appeared—stood without an appearance; and as there could be no answer where there was no appearance, it would also seem that that filed on appearance, must have fallen with the withdrawal of appearance, and that judgment was properly rendered upon a default.

At all events, judgment of *nil dicit* might have been entered.

But the judgment in this case was neither *nil dicit*, nor by default. The Court regularly tried the case upon evidence, and found for the plaintiff; and as no exception was taken, there is no question before this Court.

*Per Curiam.*—The judgment is affirmed, with 10 per cent. damages and costs.

*E. S. Terry, D. McDonald* and *W. A. McKenzie*, for the appellant.

*J. P. Usher*, for the appellees.